JS-6

1  **GARY ROBERT GIBEAUT (CSB # 70951)**
   **NANCY MAHAN-LAMB (CSB #117997)**
2  **JULIE A. MULLANE (CSB #191761)**
   **JOHN W. ALLEN (CSB #137496)**
3  **GIBEAUT, MAHAN & BRISCOE**
   6701 Center Drive West, Suite 611
4  Los Angeles, California  90045
   Telephone:  (310) 410-2020
5  Facsimile:  (310) 410-2010

6  Attorneys for Defendant
   LOWELL JOINT SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| W.C., a Minor, ALTHEA CARTER, Parent and Guardian ad Litem of W.C., A Minor, | Case No.:  CV08-05062 MLRx |
|---|---|
|  | *Judge Manuel L. Real* |
|  | **JUDGMENT** |
| Plaintiffs, | **DATE:**   June 9, 2009 |
| vs. | **TIME:**    9:00 a.m. |
|  | **CRTRM:  8** |
| LOWELL JOINT SCHOOL DISTRICT, |  |
| Defendants. | **Complaint Filed:  08-06-08** |

This action came on for hearing before the Court, on June 9, 2009, the Honorable Manuel L. Real, District Judge Presiding, on a Motion for Summary Judgment on Appeal of An Administrative Law Judge's Decision regarding a Due Process Hearing on a special education matter.  The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

///

///

///

///

- 1 –
**[PROPOSED] JUDGMENT**

1 | IT IS ORDERED AND ADJUDGED that the Decision of the Administrative Law Judge is affirmed, and that Judgment is entered in favor of Defendant LOWELL JOINT SCHOOL DISTRICT.

Dated: July 1, 2009

                                            UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA** )
                                 ) ss.
**COUNTY OF LOS ANGELES** )

     I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 6701 Center Drive West, Suite 611, Los Angeles, California 90045.

     On July 2, 2009, I served the within **[PROPOSED] JUDGMENT** on the interested parties in said action by placing a true and correct copy thereof enclosed in a sealed envelope, and addressed as set forth on the attached Service List and delivered by one or more of the means set forth below:

Carol Hickman Graham, Esq.
Cindy A. Brining, Esq.
LAW OFFICES OF CAROL HICKMAN GRAHAM
233 Wilshire Boulevard, Suite 940
Santa Monica, CA  90401
TEL: (310) 393-7120
FAX: (310) 393-8160

     **[X] [*VIA MAIL*]** By depositing said envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     **[] *[PERSONAL DELIVERY]*** *I* caused the above referenced document(s) to be delivered to the addressee(s) set forth on the attached Service List.
     **[] *[VIA FACSIMILE]*** *I* caused the above-referenced document(s) to be transmitted to the-named person(s) to the telecopier number(s) set forth on attached Service List.

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 2, 2009, at Los Angeles, California.

                                                            **JILL M. DOOHEN**